UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGES JACQUES AUGUSTE,

                              Plaintiff,                    **ORDER**

            -against-                                        25-CV-09834 (PMH)

TA TRANS, INC., et al.,

                              Defendants.

PHILIP M. HALPERN, United States District Judge:

On November 25, 2025, Defendants filed a notice of removal from the Supreme Court of the State of New York which does not include a copy of the complaint from the state court action from which this case was removed. (Doc. 1). On December 1, 2025, this Court issued an order directing Defendants to, by December 5, 2025, comply with 28 U.S.C. § 1446(a) which provides that a notice of removal shall include "a copy of all process, pleadings, and orders served upon . . . defendants in such [state court] action." (Doc. 5). Defendants did not comply with the Court's order. Accordingly, by December 19, 2025, Defendants shall comply with 28 U.S.C. § 1446(a) and the Court's prior order.

                              **SO ORDERED.**

Dated:    White Plains, New York
          December 15, 2025

                              _____
                              PHILIP M. HALPERN
                              United States District Judge