UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
GEORGES JACQUES AUGUSTE,

                       Plaintiff,

v.

                                         ORDER

TA TRANS, INC., et al.,

                                         25-cv-09834-PMH

                       Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated:  New York, New York
        February 19, 2026

                                      _____
                                       Philip M. Halpern
                                       United States District Judge